## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 3:06-cr-30166-DWD |
| | ) | |
| TREMAYNE R SHIELDS, | ) | |
| | ) | |
| **Defendant.** | ) | |

# MEMORANDUM & ORDER

**DUGAN, District Judge:**

This matter is currently before the Court on Defendant Tremayne R Shields's ***pro se*** Motion for Early Termination of Supervised Release (Doc. 832). Shields seeks the early termination of his five-year period of supervised release after serving approximately four years of the term. (*Id.*). The Government describes Shields as a "good candidate" for an early termination of supervised release and is not opposed to the motion (Doc. 837). Likewise, the U.S. Probation Office has no objection to the motion. (*Id.*).

18 U.S.C. § 3583(e)(1) provides that "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *See also* Fed. R. Crim. Proc. 32.1(c)(2) (allowing for modification of supervised release without a hearing).

Here, Shields has completed over four years of his five-year term of supervised

release. The U.S. Probation indicates that, to date, there have been only minor instances of noncompliance, including late monthly supervision reports. However, no violation reports have been submitted to the Court. Shields has been gainfully employed while healthy.[1] Additionally, the U.S. Probation Office states that Shields does not present a risk to the community, has satisfied all conditions of supervised release, and is no longer in need of community supervision.

After considering the motion and the Section 3553(a) factors, the Court finds that early termination of Shields's supervised release is warranted by his conduct and in the interest of justice. Accordingly, the Motion for Termination of Supervised Release (Doc. 832) is **GRANTED**. The previously imposed term of probation is **TERMINATED** as of the date of this Order.

**SO ORDERED.**

Dated: March 1, 2022

_____
DAVID W. DUGAN
United States District Judge

---

[1] The U.S. Probation Office reports that Mr. Shields was gainfully employed until the summer of 2021, when he sustained a back injury at work which resulted in surgery. He is currently receiving worker's compensation and resides with his mother and grandmother in O'Fallon, Illinois.